UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SHERYL APPLEBY

      vs.                                     CASE NO. : 3:13CV772(MPS)

ALLIED INTERSTATE, LLC
*fprmerly known as*
*Allied Interstate, Inc.*

## JUDGMENT

This action having come on for consideration before the Honorable Michael P. Shea, United States District Judge and,

The Court having considered the full record of the case, including applicable principles of law, and based on the plaintiff's acceptance of the defendant's offer of judgment in the amount of $1,001.00, it is therefore

ORDERED and ADJUDGED that judgment is hereby entered in favor of the plaintiff in the amount of $1,001.00, plus reasonable costs and attorneys' fees as recoverable by law and allowed by the Court.

Dated at Hartford, Connecticut, this 15th day of August, 2013.

                                                  ROBIN D. TABORA, Clerk

                                                  By _____/s/_____
                                                      Devorah Johnson
                                                      Deputy Clerk

EOD 8/15/13