

ROBERT M. SILVERMAN+*-
CRAIG THOR KIMMEL+-^

+ *Member, PA Bar*
* *Member, NJ Bar*
x *Member, DE Bar*
- *Member, NY Bar*
^ *Member, MA Bar*
# *Member, MD Bar*
♦ *Member, OH Bar*
§ *Member, MI Bar*
▫ *Member, NH Bar*
± *Member, CT Bar*
¨ *Member, TN Bar*
µ *Member, WY Bar*
¥ *Member, DC Bar*
¢ *Member, CA Bar*

JACQUELINE C. HERRITT+*#-
ROBERT A. RAPKIN+
AMY L. BENNECOFF+*=#µ¢
TARA L. PATTERSON+
ANGELA K. TROCCOLI*▫±
CHRISTINA GILL ROSEMAN*♦§
FRED DAVIS*
RICHARD A. SCHOLER*
W. CHRISTOPHER COMPONOVO*
TIMOTHY J. ABEEL, JR.+*

www.CREDITLAW.com

(800)-NOT-FAIR

**CORPORATE HEADQUARTERS**
30 E. Butler Pike, Ambler, PA 19002
Toll Free (800)-668-3247
Fax (877) 788-2864

**DELAWARE**, 501 Silverside Road, Suite 118, Wilmington, DE 19809, (302) 791-9373
**NEW ENGLAND**, 60 Hartford Pike, P.O. Box 325, Dayville, CT 06241, (860) 866-4380
**NEW JERSEY**, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, (856) 429-8334
**NEW YORK**, 1001 Avenue of the Americas, 12th Floor, New York, NY 10018, (212) 719-7543
**W. NEW YORK**, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, (716) 332-6112
**W. PENNSYLVANIA,** 210 Grant Street, Suite 202, Pittsburgh, PA 15219, (412) 566-1001

Please reply to CORPORATE HEADQUARTERS

August 29, 2013

Honorable Michael P. Shea
USDC District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street – Room 217
Hartford, CT 06103

      Re:     **Sheryl Appleby v. Allied Interstate LLC**
              **Docket No. 3:13-cv-00772-MPS**

Dear Judge Shea:

      I am writing to advise that the parties have settled Plaintiff's attorneys' fees and costs provided for in Defendant's Rule 68 Offer of Judgment, which was accepted by Plaintiff on August 13, 2013. Because the parties have resolved the fees and costs, there are no further issues requiring this Honorable Court's attention.

      Thank you for your attention to this request. If you have any questions, please do not hesitate to contact me at (215) 540-8888 ext. 308.

      Sincerely,

      */s/ Angela K. Troccoli*

      Angela K. Troccoli

cc:     Laura J. Babcock, Attorney for Defendant (*via* Email only)

*"When Debt Collectors called you, they never expected you to call us"*
© Copyright 2009-2011 All Rights Reserved, Kimmel & Silverman, P.C.